■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAJUANE GREEN, Appellant. [716 NYS2d 629] —Judgment unanimously affirmed. Memorandum: Defendant was sentenced in accordance with the terms of the plea bargain, and we reject his contention that the bargained-for sentence is unduly harsh or severe. The further contention of defendant in his *pro se* supplemental brief that he was deprived of effective assistance of counsel based on counsel's failure to interview witnesses concerns matters outside the record and is therefore properly addressed in a CPL 440.10 motion (*see, People v Snitzel,* 270 AD2d 836, *lv denied* 95 NY2d 804; *People v Chiera,* 255 AD2d 685, 686). (Appeal from Judgment of Monroe County Court, Egan, J.—Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.